# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

BRUCE A. QUARLES,

        Petitioner

     v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS,

        Respondent

: No. 185 EAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.